UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-8452-MWF(KSx)** | Date: January 13, 2025 |
| Title | *Oscar Magallanes v. 3 Brothers LLC, et al.* | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 1, 2024.  (Docket No. [1]).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on December 30, 2024.  Plaintiff filed proof of service as to Defendant 3 Brothers LLC on December 3, 2024.  (Docket No. 7).  Plaintiff filed a Request for Clerk to Enter Default as to Defendant 3 Brothers LLC on December 26, 2024.  (Docket No. 8).  On December 30, 2024, the Clerk entered default as to Defendant 3 Brothers LLC.  (Docket No. 9).  On January 10, 2025, this action was transferred to this Court.  (Docket No. 10).

The Court has filed a Notice to Parties Re ADA Disability Access Litigation/Application for Stay and Early Mediation (the "ADA Packet").  (Docket No. 12).  The ADA Packet must be served on Defendants no later than January 27, 2025, with proof of service filed no later than **January 30, 2025**.  (*Id*.)

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution as to Defendant Yong Duk Lee.  In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 30, 2025**:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-8452-MWF(KSx)**                                      Date:  January 13, 2025

Title          ***Oscar Magallanes v. 3 Brothers LLC, et al.***

■ Proof of Service of the Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendant Yong Duk Lee.

In light of the Default by Clerk as to Defendant 3 Brothers LLC (Docket No. 9), the Court **FURTHER ORDERS** Plaintiff to file a Motion for Default Judgment no later than **JANUARY 30, 2025**.  Any Motion for Default Judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of responses to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm